# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

United States of America )
v. )
Lumus Grace )  Case No: 3:94CR109-04
) USM No: 11370-058
Date of Previous Judgment: 05/26/1995 ) Tanzania C. Cannon-Eckerle
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __216__ months **is reduced to** __Time Served Plus 10 Days__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 35             Amended Offense Level: 34
Criminal History Category: VI          Criminal History Category: VI
Previous Guideline Range: 292 to 365 months    Amended Guideline Range: 262 to 327 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

It is further ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated __05/26/1995__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: August 11, 2008

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge